# UNITED STATES DISTRICT COURT
## District of Minnesota

Manolo Zamora Luna

Petitioner,

v.

Donald J. Trump, Kristi Noem, Todd M. Lyons, Pamela Bondi and David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-00316-LMP-DTS**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court DECLARES that Manolo Z. L. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226.
2. If Manolo Z. L. is currently in Texas, the Government is ORDERED to return Manolo Z. L. to Minnesota no later than February 5, 2026.
3. The Government is ORDERED to provide Manolo Z. L. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of her release no later than February 6, 2026.

4. If the Government does not provide Manolo Z. L. with a bond redetermination hearing as required by this Order, she must be immediately released from detention.

5. No later than February 9, 2026, the Government shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Manolo Z. L.'s release.

Date: 2/2/2026

KATE M. FOGARTY, CLERK